**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sharonda Frazier, Antonio Sanders, and Diane Frazier,
Defendants,

Of whom Sharonda Frazier is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-002112

---

Appeal From Lexington County
Peter R. Nuessle, Family Court Judge

---

Unpublished Opinion No. 2018-UP-294
Submitted June 20, 2018 – Filed June 25, 2018

---

**AFFIRMED**

---

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

———————

**PER CURIAM:** Sharonda Frazier appeals a judicial review order placing her minor child in the custody of Diane Frazier, authorizing the Department of Social Services (DSS) to terminate further services, and allowing DSS to close its case. *See* S.C. Code Ann. § 63-7-1640 (Supp. 2017). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Frazier's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.